IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CRIM. NO.: 7:16-CR-00063-BO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RICARDO ANTHONY SHAKELLWOOD | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government Response to Motion for Sentencing Reduction Pursuant to First Step Act of 2018, filed at Docket Entry 56 be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and defendant acting *Pro se*, and/or counsel for the defendant.

IT IS SO ORDERED, this ___ day of _____, 2019.

TERRENCE W. BOYLE
Chief, United States District Judge

1